**Order entered February 10, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

**No. 05-13-00916-CR**
**No. 05-13-00917-CR**

---

**WILSON DON DAYE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-61748-K, F08-52182-K**

---

## ORDER

The Court **REINSTATES** the appeals.

On January 9, 2014, we ordered the trial court to make findings why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and is represented by court-appointed counsel Nanette Hendrickson; (3) Ms. Hendrickson's explanation for the delay in filing appellant's brief is her workload; and (4) Ms. Hendrickson requested thirty days from the February 3, 2014 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **MARCH 11, 2014**.

/s/      LANA MYERS
          JUSTICE